NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

## IN RE EMC CORPORATION, DECHO CORPORATION, AND IOMEGA CORPORATION, *Petitioners.*

---

Miscellaneous Docket No. 100

---

On Petition for Writ of Mandamus to the United States District Court for the Eastern District of Texas in case no. 10-CV-435, Judge Michael H. Schneider.

---

## ON PETITION

---

## ORDER

Cisco Systems, Inc., Hewlett-Packard Company, Microsoft Corporation, Oracle Corporation, SAP America, Inc., and Yahoo! Inc. (collectively "movants") move for leave to file a brief amicus curiae in support of EMC Corporation, Decho Corporation, and Iomega Corporation (collectively "petitioners"). Movants state that petitioner and respondent Oasis Research, LLC has consented to the motion.

Because the brief is filed on consent, no motion is required. Fed. Cir. R. 29(c). The brief is accepted for filing.

Accordingly,

IT IS ORDERED THAT:

The motion is moot. The brief is accepted for filing.

FOR THE COURT

SEP 22 2011
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Chris R. Ottenweller, Esq.
John M. Desmarais, Esq.
Elizabeth Rogers Brannen, Esq.
Matthew D. McGill, Esq.
Clerk, United States District Court For The Eastern District Of Texas

s23

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

SEP 22 2011

JAN HORBALY
CLERK